# ChamberlainD'Amanda

ATTORNEYS AND COUNSELORS AT LAW

8/8/11

# 8279
$ 4.16
8/8/2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
100 State Street
Rochester, New York 14614

    Re:    BECKER, DONALD L.    / Case # 09-21960
        Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

    Enclosed please find my Trustee's check in the amount of $4.16. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

    _____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

    __X__ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

    Claimant STEVE WLODARCZYK    Amount $ 4.16    Claim Register # 15

    _____
    DOUGLAS J. LUSTIG
    Trustee


FILED
AUG - 8 2011
BANKRUPTCY COURT
ROCHESTER, NY

1600 Crossroads Building
Two State Street
Rochester, NY 14614-1397

585 232 3730
FAX 585 232 3882
www.cdog.com

CHAMBERLAIN D'AMANDA OPPENHEIMER & GREENFIELD LLP

Case 2-09-21960-JCN   Doc 123   Filed 08/08/11   Entered 08/08/11 15:51:33   Desc
Main Document   Page 1 of 1